IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cv-00578-MCE-AC |
| Plaintiff, | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | |
| ESTATE OF CIPRIANO ESPINOR, et al., | |
| Defendants. | |

At the request of the parties and for good cause shown, it is hereby

ORDERED that the Settlement Conference scheduled for July 10, 2015 at 10 AM is vacated.

IT IS SO ORDERED.

Dated:  July 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

12864918.1