IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cv-00578-MCE-AC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ESTATE OF CIPRIANO ESPINOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Plaintiff's Unopposed Motion for Partial Voluntary Dismissal, it is hereby

ORDERED that the Plaintiff's Third Claim for Relief seeking foreclosure of federal tax liens against real property known as 934 Los Angeles Avenue, South Lake Tahoe, CA, is hereby dismissed without prejudice. It is hereby further ORDERED that the defendant Wells Fargo Bank, N.A. is hereby dismissed as a party in this case.

The Parties shall bear their own costs of this action.

IT IS SO ORDERED.

Dated: March 21, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

13206780.1