Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

blocke@mosslocke.com

Attorneys for Martha Espinor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>    v.<br><br>The Estate of Cipriano Espinor, et. al.,<br><br>    Defendants. | No.  2:14-cv-00578 MCE-AC<br><br>**STIPULATION TO VACATE THE CURRENT DUE DATES, FINAL PRETRIAL CONFERENCE, AND BENCH TRIAL AND TO REQUIRE A JOINT STATUS REPORT BY OCTOBER 6, 2016; ORDER THEREON** |

Martha Espinor, by and through her undersigned counsel, and the United States, by and through its undersigned counsel, hereby stipulate that the current due date for the joint pretrial order, the date for the final pretrial conference, and the date for the bench trial should be vacated and that the parties should file a joint status report with the Court by October 6, 2016.

The reason for vacating the current due date for the joint pretrial order, the date for the final pretrial conference, and the date for the bench trial is that the defendant has recently found a substantial number of documents that may make the case easier to settle and counsel for the government has agreed to review the documents and defense counsel's legal analysis and it would not be possible to accomplish that review before the due date for the joint pretrial order is due. Plaintiff previously filed a Motion for Default Judgment against all defendants other than Martha

1


Espinor (ECF No. 33). Magistrate Judge Claire signed an Amended Findings and Recommendation on June 17, 2016 recommending that the Motion for Default be granted (ECF No. 40). In addition, both parties have been exploring settlement for the past several months. In the event that settlement is not reached, both parties believe that a bench trial will require no more than one-half day to one full day given the narrowing of issues that has occurred.

   /s/  Bruce Locke
BRUCE LOCKE
Attorney for Martha Espinor

   /s/  Paul T. Butler
PAUL BUTLER
Trial Attorney, Tax Division
Department of Justice
Attorney for the United States

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, all currently Set dates in this matter, including the August 25, 2016 Final Pretrial Conference and the bench trial scheduled for October 17, 2016, are hereby VACATED so as to facilitate ongoing settlement negotiations in this matter.  The parties are directed to file a joint status report with the Court not later than October 6, 2016 if the case is not resolved beforehand.

   IT IS SO ORDERED.

Dated:  August 3, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE