UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cv-0578 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| ESTATE OF CIPRIANO ESPINOR, et al., | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On June 17, 2016, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 40.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2016, are adopted in full;

2. Plaintiff's motion for default judgment, ECF No. 33, is granted; and

3. Judgment is entered against all remaining defendants except Martha Espinor, jointly

1

and severally, and damages order in the amounts specified in the Findings and Recommendations (ECF No. 40) plus all prejudgment interest that has been accrued pursuant to 26 U.S.C. §§ 6606 and 6621(a)(2) up until the date default judgment is entered.  Interest shall continue to accrue in accordance with 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 621(a)(2) from the date judgment is entered until paid in full.

   IT IS SO ORDERED.

Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE