UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ,<br><br>    Plaintiff,<br><br>v.<br><br>Estate of Cipriano Espinor, et al.,<br><br>    Defendants. | Case No.  2:14-cv-0578 MCE AC PS<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendants:  Estate of Cipriano Espinor, Michael C Espinor, Toni Hicks, John S Espinor, Richard S Espinor, Pauline DiBattista, and S&P Sheet Metal, LLC.

August 11, 2016                                                    MARIANNE MATHERLY, CLERK

                                                                              By: /s/  R. Becknal , Deputy Clerk