1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,                    )
                                                  )    Case No. 2:14-cv-00578-MCE-AC
11           Plaintiff,                           )
                                                  )
12           v.                                   )    **ORDER OF JUDGMENT**
                                                  )
13                                                )
     ESTATE OF CIPRIANO ESPINOR, et al.,          )
14                                                )
             Defendants.                          )
15   _____        )

16       Pursuant to the Stipulation of the Plaintiff United States and Defendant Martha Espinor

17   and for good cause having been shown, IT IS HEREBY ORDERED:

18       1.   Judgment is entered against Martha Espinor in favor of the United States in the

19            amount of $21,500.00 pursuant to 26 U.S.C. §6324(a)(2);

20       2.   Interest shall accrue from the date of entry of this judgment until the amount is paid in

21            full pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2); and

22       3.   As between the parties to the stipulation, each shall bear their own costs and

23            expenses.

24   ///

25   ///

                                                1

1        4.  The matter having now been concluded in its entirety, the Clerk of Court is directed

2           to close the file.

3      IT IS SO ORDERED.

4  Dated:  April 5, 2017

6  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

2